377-08/MEU/SL

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PHOENIX SHIPPING CORPORATION
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PHOENIX SHIPPING CORPORATION,

          Plaintiff,

-against-

BATEMAN ENGINEERED TECHNOLOGIES,

          Defendant.
------------------------------------------------------------------x

08 CV

RULE 7.1 STATEMENT

The Plaintiff, PHOENIX SHIPPING CORPORATION, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not publicly traded entities and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 14, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              PHOENIX SHIPPING CORPORATION

          By: _____
                Michael E. Unger (MU 0045)
                80 Pine Street
                New York, NY 10005
                Telephone: (212) 425-1900/Facsimile: (212) 425-1901

NYDOCS1/308609.1